(91 South. 926)

LEVENE v. STATE. (1 Div. 428.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. T. J. Touart, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

---

(92 South. 925)

LEVENE v. STATE. (1 Div. 424.) (Court of Appeals of Alabama. Nov. 29, 1921. Rehearing Denied Jan. 10, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Webb, McAlpine & Grove, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Time for filing bill of exceptions has expired, the record proper is free from reversible error, the motion of the appellant to dismiss the appeal is denied, and the judgment is affirmed. Certiorari denied 207 Ala. 712, 92 South. 920.

---

(89 South. 926)

LEWIS v. SLOSS-SHEFFIELD STEEL & IRON CO. (6 Div. 870.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Frank S. White & Son, of Birmingham, for appellant. Tillman, Bradley & Morrow, of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed by agreement of parties.

---

(91 South. 926)

LEWIS v. STATE. (6 Div. 957.) (Court of Appeals of Alabama. Oct. 28, 1921.) Appeal from Circuit Court, Marion County; T. L. Sowell, Judge. C. E. Mitchell, of Hamilton, and W. F. Finch, of Jasper, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

(91 South. 926)

LEWIS v. STATE. (8 Div. 904.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Limestone County; O. Kyle, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. The defendant being a fugitive from justice, the appeal is dismissed.

---

(93 South. 926)

LIMBAUGH v. STATE. (8 Div. 914.) (Court of Appeals of Alabama. June 6, 1922.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error apparent of record. Affirmed.

---

(92 South. 925)

LINDLEY v. STATE. (8 Div. 889.) (Court of Appeals of Alabama. April 4, 1922.) Appeal from Morgan County Court; W. T. Lowe, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

---

(92 South. 925)

LOCKHART v. STATE. (1 Div. 455.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed.

---

(92 South. 925)

LOUISVILLE & N. R. CO. v. HOUSE. (6 Div. 954.) (Court of Appeals of Alabama. April 20, 1922.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. Tillman, Bradley & Baldwin, of Birmingham, for appellant. George P. Bondurant, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(88 South. 925)

LOUISVILLE & N. R. CO. v. JOHNSON. (6 Div. 676.) (Court of Appeals of Alabama. Nov. 9, 1920.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Action by Jesse Johnson against the Louisville & Nashville Railroad Company. Judgment for plaintiff, from which the defendant appealed, and plaintiff filed a separate cross-appeal. Transferred from the Court of Appeals, under Acts 1911, p. 450, § 6. Reversed and remanded, and cross-appeal dismissed, by the Supreme Court, 204 Ala. 662, 87 South. 158, and on the remand to this court it is reversed and remanded. Tillman, Bradley & Morrow, of Birmingham, and Huey & Welch, of Bessemer, for appellant. Pinkney Scott, of Bessemer, for appellee.

BRICKEN, P. J. It is conceded that the questions involved in this appeal are identical with those in the case of Louisville & Nashville Railroad Co. v. Milton James, 204 Ala. 604, 86 South. 906, decided October 28, 1920. Upon authority of that case, the judgment of the court below in the instant case is reversed, and the cause remanded. Reversed and remanded.

---

(93 South. 926)

LOUISVILLE & N. R. CO. v. JOHNSON. (6 Div. 914.) (Court of Appeals of Alabama. May 30, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Tillman, Bradley & Baldwin, of Birmingham, and Huey & Welch, of Bessemer, for appellant. Pinkney Scott, of Bessemer, for appellee.

BRICKEN, P. J. This is a companion case to the case of Louisville & Nashville Railroad Company v. Milton James, 86 South. 906,[1] and the judgment is affirmed, upon the authority of that case. Affirmed.

---

[1] 204 Ala. 604.